DocuSign Envelope ID: 0340CBE5-9143-455E-9D49-AE2F7A6A1D0A

Tim M. Keegan, State Bar No. 251085
OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone: (801) 658-6100
Facsimile: (801) 385-1707
tim.keegan@ogletree.com

*Attorneys for Defendants EIV Capital, LLC; EIV Fund Advisors III, LLC; EIV Fund Advisors, IV, LLC; Jennifer Gottschalk; and David Finan*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SZLAKOWSKI,<br><br>          Plaintiff,<br><br>vs.<br><br>EIV CAPITAL LLC; EIV CAPITAL, LLC; EIV FUND ADVISORS III, LLC; EIV FUND ADVISORS IV, LLC; JENNIFER GOTTSCHALK; DAVID FINAN; and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No. **'23CV1567 AJB BLM**<br><br>**DECLARATION OF DAVID FINAN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone: 801.658.6100

## DECLARATION OF DAVID FINAN

I, David Finan, declare:

1.     I am currently the Managing Partner at EIV Capital, LLC. I have been in that role since approximately January of 2023. Prior to that, I was a Partner at EIV Capital, LLC from June 2014 through January 2023. I am also an executive officer of Defendants EIV Fund Advisors III, LLC and EIV Fund Advisors IV, LLC. I submit this declaration in support of Defendants' Notice of Removal. The facts set forth herein are based on my own personal knowledge and on my review of Defendants' business records, including Defendants' corporate and personnel records with which I

am familiar and have personal knowledge.  If called as a witness, I could and would testify competently to the contents of this declaration under oath.

2.     I am currently a citizen of the United States and of the State of Texas.  I have resided in Texas, in the Houston area, for approximately twenty-two years, with the intent to remain residing in that area.  Accordingly, I was domiciled in Texas at the time the present lawsuit was filed in February of 2023, and I remain domiciled in the State of Texas at the time of signing this declaration, and intend to remain domiciled in Texas indefinitely.

3.     In my position and in the regular course and scope of my job duties for Defendants EIV Capital, LLC, EIV Fund Advisors III, LLC, and EIV Fund Advisors IV, LLC, I have access to and am familiar with the corporate and personnel records of those entities.

4.     I have reviewed Plaintiff Julia Szlakowski's first amended complaint in this matter.  The first amended complaint lists, among others, the following alleged entities at Defendants: "EIV Capital LLC" and "EIV Capital, LLC."  In the first amended complaint, the only difference between these two entities named by Plaintiff as Defendants is that the first named entity does not include a comma after the word "Capital."  However, the proper name of the entity is "EIV Capital, LLC."  There is no official corporate entity named "EIV Capital LLC."

5.     At the time of the filing of this action in February of 2023, Defendant EIV Capital, LLC was, and still is, a limited liability company organized and incorporated under the laws of the State of Texas.  Attached to this declaration as **Exhibit E** is a true and correct copy of Defendant EIV Capital, LLC's Certificate of Formation, filed with the Secretary of State of Texas.

6.     At the time of the filing of this action, Defendant EIV Capital, LLC's principal place of business was, and still is, located at 910 Louisiana Street, Suite 4010, Houston, Texas 77002.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone: 801.658.6100

7.     Defendant EIV Capital, LLC has never been incorporated in the State of California, nor has it ever maintained a principal place of business in the State of California.

8.     At the time of the filing of this action in February of 2023, Defendant EIV Fund Advisors III, LLC was, and still is, a limited liability company organized and incorporated under the laws of the State of Delaware.  Attached to this declaration as **Exhibit F** is a true and correct copy of Defendant EIV Fund Advisors III, LLC's Certificate of Formation, filed with the State of Delaware Secretary of State, Division of Corporations.

9.     At the time of the filing of this action, Defendant EIV Fund Advisors III, LLC's principal place of business was, and still is, located at 910 Louisiana Street, Suite 4010, Houston, Texas 77002.

10.     Defendant EIV Fund Advisors III, LLC has never been incorporated in the State of California, nor has it ever maintained a principal place of business in the State of California.

11.     At the time of the filing of this action in February of 2023, Defendant EIV Fund Advisors IV, LLC was, and still is, a limited liability company organized and incorporated under the laws of the State of Delaware.  Attached to this declaration as **Exhibit G** is a true and correct copy of Defendant EIV Fund Advisors IV, LLC's Certificate of Formation, filed with the State of Delaware Secretary of State, Division of Corporations.

12.     At the time of the filing of this action, Defendant EIV Fund Advisors IV, LLC's principal place of business was, and still is, located at 910 Louisiana Street, Suite 4010, Houston, Texas 77002.

13.     Defendant EIV Fund Advisors IV, LLC has never been incorporated in the State of California, nor has it ever maintained a principal place of business in the State of California.

14.     In my role as Managing Partner for EIV Capital, LLC, I am familiar with the personnel records of former EIV Capital, LLC employee, Plaintiff Julia Szlakowski.  At the time Plaintiff's employment with EIV Capital, LLC ended in February of 2021, Plaintiff's base salary was approximately $300,000.

I declare under penalty of perjury under the laws of California and the United States of America, that the foregoing is true and correct.

Executed on this 22nd day of August 2023, in Houston, Texas.

/S/ 

David Finan

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone: 801.658.6100

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of August, 2023, I served the fo regoing **DECLARATION OF DAVID FINAN IN SUPPORT OF DEFEN DANTS'NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** on the persons identified below as indicated:

Carney R. Shegerian ☐ U.S. Mail – Postage
Mahru Madjidi Prepaid
Bryan Kirsh ☐ Hand Delivery
SHEGERIAN & ASSOCIATES, INC. ☑ Electronic Filing
11520 San Vicente Blvd. ☐ Email
Los Angeles, CA 90049
cshegerian@shegerianlaw.com
mmadjidi@shegerianlaw.com
bkirsh@shegerianlaw.com
*Attorneys for Plaintiff*

/s/ Tim M. Keegan

57969836.v1-OGLETREE

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
15 W. South Temple, Suite 950
Salt Lake City, Utah 84101
Telephone: 801.658.6100

# EXHIBIT E

FILED
In the Office of the
Secretary of State of Texas

JUN 1 9 2013

Corporations Section

### CERTIFICATE OF FORMATION
### OF
### EIV CAPITAL, LLC

This Certificate of Formation of EIV Capital, LLC, having been duly executed by the undersigned organizer, is being filed to form a limited liability company under the Texas Business Organizations Code, as amended (the "TBOC").

1.  <u>Entity Type and Name</u>.  The type of filing entity being formed is a limited liability company, and the name of the limited liability company being formed is "EIV Capital, LLC".

2.  <u>Purpose</u>.  The purpose for which the limited liability company is being formed is to engage in the transaction of any and all lawful purposes for which a limited liability company may be organized under the TBOC.

3.  <u>Registered Agent and Registered Office</u>.  The initial registered agent is an individual resident of the state whose name is Patricia B. Melcher. The business address of the registered agent and the registered office address is 1616 South Voss Rd., Suite 940, Houston, TX 77057.

4.  <u>Organizer</u>.  The name and address of the organizer of the limited liability company being formed are as follows:

| <u>Name</u> | <u>Address</u> |
|---|---|
| Darice Angel | Fulbright & Jaworski L.L.P. 1301 McKinney Street, Suite 5100 Houston, Texas 77010 |

5.  <u>Governing Authority</u>.  The limited liability company will not have managers.  The limited liability company will be governed by its sole member, and the name and address of the initial member of the limited liability company being formed is as follows:

| <u>Name</u> | <u>Address</u> |
|---|---|
| Patricia B. Melcher | 1616 South Voss Rd. Suite 940 Houston, TX 77057 |

6.  <u>Effectiveness of Filing</u>.  This document becomes effective when this document is filed with the Texas Secretary of State.

7.  <u>Execution</u>.  The undersigned affirms that the person designated as registered agent has consented to the appointment.  The undersigned signs this document subject to the

52812226.3

penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of June 19, 2013.

_____
Darice Angel

# EXHIBIT F

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "EIV FUND ADVISORS III, LLC", FILED IN THIS OFFICE ON THE TENTH DAY OF AUGUST, A.D. 2016, AT 4:30 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

6120524  8100
SR# 20165311660

Authentication: 202806888
Date: 08-10-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:30 PM 08/10/2016
FILED 04:30 PM 08/10/2016
SR 20165311660 - File Number 6120524

## CERTIFICATE OF FORMATION
## OF
## EIV FUND ADVISORS III, LLC

       The undersigned, an authorized person, for the purpose of forming a limited liability company, under the provisions and subject to the requirements of the Delaware Limited Liability Company Act, Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto (the "Act"), hereby certifies that:

       **FIRST:** The name of the limited liability company (the "Company") is:

**EIV Fund Advisors III, LLC**

       **SECOND:** The address of the registered office and the name and the address of the registered agent of the Company required to be maintained by Section 18-104 of the Act are:

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Executed on August 10, 2016.

Name: Patricia B. Melcher
Title:  Authorized Person

# EXHIBIT G

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "EIV FUND ADVISORS IV, LLC", FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF AUGUST, A.D. 2019, AT 11:55 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

7583304  8100
SR# 20196783618

Authentication: 203499064
Date: 08-29-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered  11:55 AM 08/29/2019
FILED  11:55 AM 08/29/2019
SR 20196783618 - File Number  7583304

# CERTIFICATE OF FORMATION
## OF
## EIV FUND ADVISORS IV, LLC

The undersigned, an authorized person, for the purpose of forming a limited liability company, under the provisions and subject to the requirements of the Delaware Limited Liability Company Act, Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto (the "Act"), hereby certifies that:

**FIRST:**  The name of the limited liability company (the "Company") is:

**EIV Fund Advisors IV, LLC**

**SECOND:**  The address of the registered office and the name and the address of the registered agent of the Company required to be maintained by Section 18-104 of the Act are:

Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

Executed on August 29, 2019.

Name: Patricia B. Melcher
Title:   Authorized Person